UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re                                    )   Case No. 04-33372-B-7
                                         )
Michael Saltarella                       )
                                         )        FILED
                          Debtor(s).     )    November 19, 2004
                                         )   CLERK, U.S. BANKRUPTCY COURT
                                         )   EASTERN DISTRICT OF CALIFORNIA


APPOINTMENT OF INTERIM TRUSTEE AND NOTICE OF SELECTION


Stephen M. Reynolds is hereby appointed Interim Trustee of the above-named Debtor's(s') estate and Trustee if creditors fail to elect a Trustee as provided by the Bankruptcy Code. The Interim Trustee has filed a blanket bond pursuant to Federal Rule of Bankruptcy Procedure 2010(a).

If the Interim Trustee does not notify the Office of the United States Trustee and the Court in writing of rejection of the office within five days after receipt of notice of selection, the Interim Trustee shall be deemed to have accepted the office.


Dated:  November 19, 2004


                         Office of the United States Trustee
                         Region 17

                         William T. Neary
                         United States Trustee

                         Antonia G. Darling
                         Assistant United States Trustee

