

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re )
)
)
)
) Case No.
SALTARELLA )
)
)
_____ Debtor(s). _____ )

04-33372-B-7
DEBTOR: MICHAEL SALTARELLA
FILED 11/19/04 - 03:40 PM
Master Address List
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION   cmcs

2004-33372

723

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for this case, either *(please check one)*:

[ ] on computer diskette listing a total of ___15___ creditors *[required if debtor's(s') petition is prepared by an attorney or bankruptcy petition preparer]*,

OR

[X] by a typed, hard copy in scannable format, consisting of ___2___ pages and listing a total of ___15___ creditors *[acceptable only if debtor's(s') petition is not prepared by an attorney or bankruptcy petition preparer]*,

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: 11-16-04

_____     _____
Debtor's Signature                          Joint Debtor's (if any) Signature

### FOR COURT USE ONLY

_____ Diskette readable. Print-out of Master Address List attached; copy provided to filing party with returned diskette.

_____ Diskette unreadable (print-out attached). Notice to resubmit provided to filing party with returned diskette.

EDC 2-100 (Rev. 6/2002)

Printout of CREDITOR.SCN submitted on disk for debtor Saltarella.  Page 1

Andrews FCU
P O  Box 31552
Tampa  FL  33631


Andrews Federal Credit Union
5711 Allentown MS 230
Suitland  MD  20746


Bank of America
PO Box 5270
Carol Stream  IL  60197-5270


Bank One
P O  Box 94014
Palatine  Il  60094


Cal Auto
2440 Elkhorn Blvd
Rio Linda  CA  95673


Chase
P O  Box 52195
Phoenix  AZ  85072-2194


Citibank
PO Box 6000
The Lakes  NV  89163


Citibank Mastercard
P O  Box 6408
The Lakes  NV  88901-6408


Discover Card
P O  Box 30395
Salt Lake City  UT  84130-0395

Printout of CREDITOR.SCN submitted on disk for debtor Saltarella.   Page 2

Case 04-33372    Doc 3    Page 3 of 3

```
Exxon
P O  Box 4555
Carol Strm  IL  60197


Hunt and Henriques
151 Bernal Rd  Ste #8
San Jose  CA  95119


JC Penney
P O  Box 960001
Orlando  FL  32896-0001


Lowes
P O  B ox 105980
Dept 79
Atlanta  GA  30353


NCO Financial Systems
P O  Box 30244
Middleburg Heigh  OH  44130


Sears
P O  Box 6563
The Lakes  NV  88901-6563
```

//////////////////Last page//////////////////