FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case)(7/2000)

04 - 33372-B-7

| UNITED STATES BANKRUPTCY COURT<br>Eastern District Of California (Sacramento Division Office ) | FILED<br>11/23/04<br>CLERK, U.S.BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>auto |
|---|---|

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/19/04.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor's (and Joint Debtor's) Name(s) and Address(es):

Michael R. Saltarella

6909 CROSSWOOD CIR #161
CITRUS HEIGHTS, CA 95621

| **Case Number: 04 - 33372-B-7** | Social Security/Taxpayer ID No(s).:<br>XXX-XX-4109 (Debtor) |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Matthew J. Gilbert<br><br>2601 Nut Tree Rd #A<br>Vacaville, CA 95687<br>Telephone number: 707-448-3310 | Bankruptcy Trustee (name and address):<br>Stephen M. Reynolds<br><br>PO Box 1917<br>Davis, CA 95617-1917<br>Telephone number: 530-297-5030 |

## Meeting of Creditors:

| Date: | December 20, 2004 | Time: | 03:00 pm | Location: | Meeting Room 7-A<br>U.S. Courthouse, Room 7-A<br>501 I Street, 7th Floor<br>Sacramento, CA |
|---|---|---|---|---|---|

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor** *or* **to Determine Dischargeability of Certain Debts:**
**02/18/05**

**Deadline to Object to Exemptions:**
**Thirty (30) days after the conclusion of the meeting of creditors.**

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Do Not File A Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office:<br>Sacramento Division Office<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814<br>Telephone number: (916) 930-4400<br>Website: http://www.caeb.uscourts.gov | **For the Court:**<br>Richard G. Heltzel, Clerk<br>U.S. Bankruptcy Court |
|---|---|
| Hours Open: Monday - Friday 9:00 AM - 4:00 PM | Date: 11/23/04 |

**EXPLANATIONS** FORM B9A(7/98)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | **A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered.** |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362.  Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment;  taking actions to collect money or obtain property from the debtor;  repossessing the debtor's property; starting or continuing lawsuits or foreclosures;  and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors*.  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without further notice.<br><br>**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors.  *Failure to do so may result in a motion to dismiss your case.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors.  *You therefore should not file a proof of claim at this time*.  If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt.  A discharge means that you may never try to collect the debt from the debtor.  If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt.  Exempt property will not be sold and distributed to creditors.  The debtor must file a list of all property claimed as exempt.  You may inspect that list at the bankruptcy clerk's office.  If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption.  The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.  You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights. |

**---Refer to Other Side For Important Deadlines and Notices---**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0972-2        User: auto              Page 1 of 1             Date Rcvd: Nov 23, 2004
Case: 04-33372              Form ID: 258            Total Served: 18


The following entities were served by first class mail on Nov 25, 2004.
db         +Saltarella, Michael R.,    6909 CROSSWOOD CIR #161,    CITRUS HEIGHTS, CA 95621-4218
aty        +Gilbert, Matthew J.,    2601 Nut Tree Rd #A,    Vacaville, CA 95687-6918
tr          Reynolds, Stephen M.,    PO Box 1917,    Davis, CA 95617-1917
7390745    +Andrews FCU,    P O Box 31552,    Tampa FL 33631-3552
7390746    +Andrews Federal Credit Union,    5711 Allentown MS 230,    Suitland MD 20746-4547
7390749    +Cal Auto,    2440 Elkhorn Blvd,    Rio Linda CA 95673-3817
7390750    +Chase,    P O Box 52195,    Phoenix AZ 85072-2195
7390751    +Citibank,    PO Box 6000,    The Lakes NV 89163-0001
7390752     Citibank Mastercard,    P O Box 6408,    The Lakes NV 88901-6408
7390754    +Exxon,    P O Box 4555,    Carol Strm IL 60197-4555
7390755    +Hunt and Henriques,    151 Bernal Rd Ste 8,    San Jose CA 95119-1306
7390756     JC Penney,    P O Box 960001,    Orlando FL 32896-0001
7390757     Lowes,    P O B ox 105980,    Dept 79,    Atlanta GA 30353
7390758    +NCO Financial Systems,    P O Box 30244,    Middleburg Heigh OH 44130-0244
7390759    +Sears,    P O Box 6563,    The Lakes NV 88901-0001

The following entities were served by electronic transmission on Nov 23, 2004 and receipt of the transmission
was confirmed on:
7390748    +EDI: FIRSTUSA.COM Nov 23 2004 22:12:00     Bank One,    P O Box 94014,    Palatine Il 60094-4014
7390747     EDI: BANKAMER.COM Nov 23 2004 22:12:00     Bank of America,    PO Box 5270,
             Carol Stream IL 60197-5270
7390751    +EDI: CITICORP.COM Nov 23 2004 22:12:00     Citibank,    PO Box 6000,    The Lakes NV 89163-0001
7390753     E-mail: mrdiscen@discoverfinancial.com Nov 23 2004 22:15:10     Discover Card,    P O Box 30395,
             Salt Lake City UT 84130-0395
                                                                                              TOTAL: 4


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 25, 2004                    Signature:    *Joseph Speetjens* (signed)