FILED
December 22, 2004
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0000082735

**Stephen M. Reynolds, Trustee  148902**
424 Second Street
Suite C
Davis, CA 95616
(530) 297-5030
(530) 297-5077

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| In re: | Case No. 04-33372 |
|---|---|
| **SALTARELLA, MICHAEL R** | Chapter 7 |
|  | [✓] REPORT OF §341 MEETING |
|  | [ ] REQUEST FOR DISMISSAL |
|  | [ ] INITIAL REPORT OF ASSET CASE |
| Debtor(s) | [✓] REPORT OF NO ASSET CASE |

[✓]   REPORT OF §341 MEETING BY TRUSTEE
The Trustee declares:
The meeting was held: Dec 20 2004  03:00 PM

[✓] Debtor(s) appeared           [ ] Debtor failed to appear
[✓] Meeting concluded            [ ] Co-debtor failed to appear
[ ] Meeting was continued to:    [ ] Counsel failed to appear
                                 [ ] Debtor(s) failed to file all schedules or
_____              statement of financial affairs
    Other:

[ ]   REQUEST FOR DISMISSAL
      The Trustee requests that the court issue a Notice of Intent to Dismiss:
      [ ]   Entire case
      [ ]   As to Debtor only
      [ ]   As to Co-debtor only, for the reason(s) declared above

[ ]   INITIAL REPORT OF TRUSTEE IN ASSET CASE
      The trustee has determined that it is likely that there ARE ASSETS of the estate which are not fully exempted or are not fully encumbered, available for liquidation and distribution to the creditors.

      The Trustee requests a Notice to File Claims be sent to all creditors.

[✓]   REPORT OF TRUSTEE IN NO-ASSET CASE
      The trustee reports that (s)he has not received any property of the estate, has made a diligent inquiry for assets of the estate and finds that there are NO ASSETS that are not exempted or fully encumbered, available for liquidation and distribution to the creditors.

I swear under penalty of perjury that the information provided above is true and correct.

DATED:  Dec 20 2004

_____
Stephen M. Reynolds, Trustee
Bankruptcy Trustee