FILED
December 22, 2004
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000082736

Stephen M. Reynolds, Trustee  148902
424 Second Street
Suite C
Davis, CA 95616
(530) 297-5030
(530) 297-5077

CHAPTER 7 TRUSTEE

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re: <br><br> SALTARELLA, MICHAEL R <br><br> Debtor(s) | Case No. 04-33372 <br><br> Chapter 7 <br><br> **TRUSTEE'S REPORT OF NO DISTRIBUTION** |

I, Stephen M. Reynolds, Trustee, having been appointed trustee of the estate of the above-referenced debtor, report that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law.

Pursuant to FRBP 5009, hereby certify that the estate of the above-named debtor has been fully administered.

I request that this report be approved, and that I be discharged from any further duties as trustee.

Dated:   Dec 20 2004

Stephen M. Reynolds, Trustee
Bankruptcy Trustee