| UNITED STATES BANKRUPTCY COURT<br>Eastern District Of California (Sacramento Division Office ) | **FILED**<br>**02/22/05**<br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>auto |
|---|---|

# DISCHARGE OF DEBTOR

**Case Number:   04 - 33372-B-7**

Debtor Name(s), Social Security Number(s), and Address(es):

Michael R. Saltarella                                                                 xxx-xx-4109

6909 CROSSWOOD CIR #161
CITRUS HEIGHTS, CA 95621

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:**   The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

DATED: 02/22/05

FOR THE COURT
RICHARD G. HELTZEL
CLERK, U.S. BANKRUPTCY COURT

Sacramento Division Office
501 I Street, Suite 3-200
Sacramento, CA 95814

Form BL/L55
Continued (12/03)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person (or persons) named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *In a case involving community property, there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.

Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged; and

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**NOTE: The granting of this discharge does not affect any pending or subsequently filed complaints to determine the dischargeability of specific debts under 11 U.S.C. § 523.**

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0972-2          User: auto              Page 1 of 1              Date Rcvd: Feb 22, 2005
Case: 04-33372                Form ID: 265            Total Served: 18


The following entities were served by first class mail on Feb 24, 2005.
db         +Saltarella, Michael R.,   6909 CROSSWOOD CIR #161,    CITRUS HEIGHTS, CA 95621-4218
aty        +Gilbert, Matthew J.,   2601 Nut Tree Rd #A,   Vacaville, CA 95687-6918
tr          Reynolds, Stephen M.,   PO Box 1917,   Davis, CA 95617-1917
7390745    +Andrews FCU,    P O Box 31552,   Tampa FL 33631-3552
7390746    +Andrews Federal Credit Union,    5711 Allentown MS 230,   Suitland MD 20746-4547
7390749    +Cal Auto,    2440 Elkhorn Blvd,   Rio Linda CA 95673-3817
7390750    +Chase,    P O Box 52195,   Phoenix AZ 85072-2195
7390751    +Citibank,    PO Box 6000,   The Lakes NV 89163-0001
7390752     Citibank Mastercard,    P O Box 6408,   The Lakes NV 88901-6408
7390754    +Exxon,    P O Box 4555,   Carol Strm IL 60197-4555
7390755    +Hunt and Henriques,    151 Bernal Rd Ste 8,   San Jose CA 95119-1306
7390756     JC Penney,    P O Box 960001,   Orlando FL 32896-0001
7390757     Lowes,    P O B ox 105980,   Dept 79,   Atlanta GA 30353
7390758    +NCO Financial Systems,    P O Box 30244,   Middleburg Heigh OH 44130-0244
7390759    +Sears,    P O Box 6563,   The Lakes NV 88901-0001

The following entities were served by electronic transmission on Feb 23, 2005 and receipt of the transmission
was confirmed on:
7390748    +EDI: FIRSTUSA.COM Feb 23 2005 08:02:00      Bank One,    P O Box 94014,   Palatine Il 60094-4014
7390747     EDI: BANKAMER.COM Feb 23 2005 08:02:00      Bank of America,    PO Box 5270,
            Carol Stream IL 60197-5270
7390751    +EDI: CITICORP.COM Feb 23 2005 08:02:00      Citibank,    PO Box 6000,   The Lakes NV 89163-0001
7390753     E-mail: mrdiscen@discoverfinancial.com Feb 23 2005 00:00:45      Discover Card,    P O Box 30395,
            Salt Lake City UT 84130-0395
7390759    +EDI: SEARS.COM Feb 23 2005 08:02:00      Sears,    P O Box 6563,   The Lakes NV 88901-0001
                                                                                              TOTAL: 5


                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 24, 2005                    Signature:   *Joseph Speetjens*